No. 622. BRADEY, ADMINISTRATRIX, *v.* UNITED STATES, AS REPRESENTED BY WAR SHIPPING ADMINISTRATION. January 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Simone N. Gazan* for petitioner. *Solicitor General McGrath* and *Mr. Paul A. Sweeney* for respondent.

No. 643. PETERSON ET AL. *v.* ICKES, SECRETARY OF THE INTERIOR, ET AL. January 28, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. Walter G. Moyle, Ernest H. Oliver* and *Horace S. Davis* for petitioners. *Solicitor General McGrath, Messrs. J. Edward Williams, Roger P. Marquis* and *Fred W. Smith* for respondents.

No. 645. ALDRED INVESTMENT TRUST ET AL. *v.* SECURITIES & EXCHANGE COMMISSION. January 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Hugh D. McLellan* for petitioners. *Solicitor General McGrath, Messrs. Roger S. Foster, Milton V. Freeman* and *Arnold R. Ginsburg* for respondent.